THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHAWN FRITH, Appellant. [14 NYS3d 710]—

Appeal by the defendant from an order of the Supreme Court, Kings County (Sullivan, J.), dated April 1, 2011, which, after a hearing, designated him a level three sex offender pursuant to Correction Law article 6-C.

Ordered that the order is affirmed, without costs or disbursements.

Contrary to the defendant's contention, the Supreme Court properly designated him a level three sex offender pursuant to the Sex Offender Registration Act (hereinafter SORA) (*see* Correction Law art 6-C). The case summary prepared by the Board of Examiners, as well as the remaining documentation presented by the People at the SORA hearing, constituted "reliable hearsay," and provided a sufficient basis for the assessment of the points challenged by him on the instant appeal (Correction Law § 168-n [3]; *see People v Mingo*, 12 NY3d 563, 573 [2009]; *People v Williams*, 95 AD3d 1093, 1094 [2012]). Rivera, J.P., Leventhal, Roman and Hinds-Radix, JJ., concur.